**Order entered September 12, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-17-01139-CV

---

**PS ROYAL SERVICES GROUP LP, GP ROYAL, LLC, STEPHEN F. PERKINS, AND S. PERKINS INVESTMENT PROPERTIES, INC., Appellants**

**V.**

**SCOTT FISHER AND KRISTI FISHER, Appellees**

---

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-01665-2014**

---

## ORDER

On September 6, 2018, we granted appellants' motion for extension of time to file reply brief and ordered the brief received by the Court August 27, 2018, filed as of the date of the order. That same day, appellees filed a response to the motion urging it be denied because the brief exceeded the maximum 7500-word count allowed under the rules of appellate procedure. *See* Tex. R. App. P. 9.4(i)(2)(C).

We construe the response as a motion to strike. As the certificate of compliance in the brief itself recites the brief contains a total of 11,143 words, we **GRANT** the motion and **STRIKE** the brief. Appellants may file a reply brief that complies with the rules no later than September 24, 2018.

/s/    DAVID EVANS
        JUSTICE